■ DANA K. POMFRET, Respondent, v 201 W. OWNERS, INC. (201 W. 89 OWNERS, INC.), et al., Appellants, et al., Defendants.—Appeal from order, Supreme Court, New York County (Louis Grossman, J.), entered on April 22, 1987, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON GORDON, Appellant.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), rendered on April 7, 1983, and order of said court (Brenda Soloff, J.), entered on December 5, 1986, unanimously affirmed. The order of this court entered herein on December 22, 1987 [135 AD2d 1150] is vacated. Concur—Sandler, J. P., Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BROWNSTEIN, Appellant.—Judgment, Supreme Court, New York County (Francis Pecora, J.), rendered on October 24, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Kassal and Ellerin, JJ.

■ SUSANNE VANERIA, Appellant-Respondent, v JOHN S. VANERIA, Respondent-Appellant.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on July 24, 1987, unanimously affirmed, without costs and without disbursements. Motion by plaintiff-appellant-respondent to dismiss the defendant-respondent-appellant's cross appeal denied. No opinion. Concur—Sandler, J. P., Ross, Asch and Rosenberger, JJ.